# PROOF OF SERVICE

I, Cara Malcolm, am employed in the County of Cook, State of Illinois. I am over the age of 18 and not a party to the within action; my business address is Kirkland & Ellis LLP, 200 E. Randolph Drive, Chicago, IL 60601.

On February 19, 2008, I served a true copy of the foregoing document(s) described as:

**Joint Stipulation Pursuant To Local Rule 6-1 and 6-2 Extending Time To Respond To Complaint And Continuing Court-Ordered Deadlines and [Proposed] Order** on the interested parties in this action as follows:

[ ]  By email transmission, the document(s) listed above to the email addresses set forth below on this date before 6:00 p.m., with no system administrator error returned.

[X]  By posting copy of the documents by and through United States District Court, Central District of California's CM/ECF filing system for registered counsel who receive email notification for Case No. CV 08 0615 MEJ.

[X]  By placing the documents listed above in a sealed envelope with postage thereon fully prepaid, first-class United States mail at the office of Kirkland & Ellis LLP located in Chicago, IL for those registered counsel who do not receive CM/ECF notification. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

Mark Reinhardt  
Reinhardt Wendorf & Blanchfield  
East 1250 First National Bank Building  
322 Minnesota Street  
St. Paul, MN 55101

[ ]  **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed February 19, 2008, at Chicago, Illinois.

_____  
Cara Malcolm  
Cara Malcolm

**Case No. CV 08 0615 SC, Stipulation Re Extension of Time For Defendant EVA Airways to Respond to Complaint and Proposed Order**