1  Guido Saveri (22349) guido@saveri.com
   R. Alexander Saveri (173102) rick@saveri.com
2  Cadio Zirpoli (179108) cadio@saveri.com
   William Heye (233249) william@saveri.com
3  SAVERI & SAVERI, INC.
4  111 Pine Street, Suite 1700
   San Francisco, CA 94111
5  Telephone: (415) 217-6810
   Facsimile: (415) 217-6813
6

7  Mark Reinhardt
   Garrett D. Blanchfield
8  REINHARDT WENDORF & BLANCHFIELD
   E-1250 First National Bank Building
9  332 Minnesota Street
   St. Paul, MN 55101
10 Telephone: (651) 287-2100
   Facsimile: (651) 287-2103
11

12 *Attorneys for Plaintiff Scott Frederick*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION** | Case No. 08-cv-0615 MEJ |
| | MDL No. 1913 |
| **This Document Relates to:** | |
| **Case No. 08-cv-0615 MEJ** *Frederick, et al. v. Air New Zealand, et al.* | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE [F.R.C.P. § 41(a)(1)]** |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff Scott Frederick hereby dismisses all claims made in Case No. 08-cv-0615 MEJ, without prejudice, against named defendant Northwest Airlines.

DATED:  February 20, 2008

*/s/ R. Alexander Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
William Heye (233249)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA   94111
Telephone: (415) 217-6810

Mark Reinhardt
Garrett D. Blanchfield
REINHARDT WENDORF & BLANCHFIELD
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100

*Attorneys for Plaintiff Scott Frederick*

2
**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE**